

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Iraan-Sheffield Independent School District, | § | No. 08-20-00122-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 83rd District Court |
| v. | | |
| | § | of Pecos County, Texas |
| Pecos Co. Appraisal District and Kinder Morgan Production Co., LLC, Individually and as Successor in Interest to Kinder Morgan Production Co., LP, | § | (TC# P-8133-83-CV) |
| | § | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellees' Joint Unopposed Motion to vacate the submission and oral argument setting currently set for January 28, 2021. Accordingly, the above styled and numbered cause will be rescheduled for submission and oral argument on a later date.

IT IS SO ORDERED this 18th day of December 2020.

PER CURIAM

Before Rodriguez, J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)